UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 10-2034 MK |
| V. | ) | |
| | ) | |
| BIONCA BUTLER | ) | |
|     a/k/a "C-TRILL" a/k/a "TRILL" | ) | |

## UNITED STATES' MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND WARRANT

The United States requests the complaint, affidavit, and warrant in this matter be sealed to prevent disclosure of statements made by the defendant which may lead to her cooperation with the government after appointment of counsel on this matter. The defendant is currently in state custody and the United States normally would not seek to seal these documents. However, the investigation of this matter is ongoing, including investigation into a retaliatory shooting and firebombing. Due to the violent street gang involvement in this case, the United States submits it would be appropriate to maintain these documents under seal, except that the United States seeks authorization to disclose these documents to the defendant, her counsel when appointed, and to Pretrial Services.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY
By: *s/ Sunny A.M. Koshy 6/9/10*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
E. CLIFTON KNOWLES
U.S. Magistrate Judge