IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-cr-00240-22 |
| | ) | **Judge Nixon** |
| BIONCA S. BUTLER | ) | |

## ORDER

Pending before the Court is Defendant Bionca Butler's *pro se* Motion to Remove Ineffective Counsel ("Motion"), requesting that the Court appoint a new attorney to represent her. (Doc. No. 2672.) Butler states that she feels that her best interests are not being served at this time by her current counsel, John Nicoll. (*Id.*)

The Court determines that a status conference on Butler's Motion is warranted. The Court hereby **SCHEDULES** a status conference on this matter for **July 7, 2014,** at **10:30 a.m.**

It is so ORDERED.

Entered this the ___27___ day of June, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT